Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  12–40201–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric B Zweier                                    Kim A Zweier
418 Dixontown Rd                                 418 Dixontown Rd
Medford Lakes, NJ 08055                          Medford Lakes, NJ 08055

Social Security No.:
xxx–xx–2411                                       xxx–xx–6675

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above–named case will be closed without entry of discharge on or after April 16, 2018 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 16, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Eric B Zweier
Kim A Zweier
      Debtors

Case No. 12-40201-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Mar 16, 2018
       Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db/jdb      +Eric B Zweier,    Kim A Zweier,    418 Dixontown Rd,    Medford Lakes, NJ 08055-2039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 22:46:32    U.S. Attorney,    970 Broad St.,
       Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 22:46:29    United States Trustee,
       Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
       Newark, NJ 07102-5235
                                         TOTAL: 2

       ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
       Albert  Russo    docs@russotrustee.com
       Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
       Denise E. Carlon    on behalf of Creditor    Champion Mortgage Company dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
       Company bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
       James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
       Joshua I. Goldman    on behalf of Creditor    Champion Mortgage Company jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       Robert G. Swan    on behalf of Debtor Eric B Zweier lawofficeofrswan@aol.com
       Robert G. Swan    on behalf of Joint Debtor Kim A Zweier lawofficeofrswan@aol.com
                                         TOTAL: 8